IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**RYHEIM HILL** : CIVIL ACTION
**V.** :
**MICHAEL KLOPOTOSKI,** *et al.* : NO. 09-3774

## ORDER

AND NOW, this 24th day of August, 2010:

1. Petitioner's objections to the Report and Recommendation of United States Magistrate Judge Jacob P. Hart are overruled.

2. The Report and Recommendation is Approved and Adopted.

3. The petition for writ of habeas corpus is denied.

4. A certificate of appealability is denied, as petitioner has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2).

BY THE COURT:

JOHN P. FULLAM
UNITED STATES DISTRICT COURT JUDGE